# PD-1155-16

## In the Texas Court of Criminal Appeals

PD-1155-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/26/2016 12:00:00 AM
Accepted 9/26/2016 4:03:12 PM
ABEL ACOSTA
CLERK

Ex Parte Michael Dwain Bradshaw

On Petition for Discretionary Review from the Fifth Court of Appeals; Cause Number 05-16-570-CR, affirming the denial of habeas corpus in Cause Number F14-49105-J from the 3rd District Court of Dallas County, Texas.

## Motion to Extend Time to File PDR

**To the Honorable Court of Criminal Appeals:**

Appellant moves to extend the time for her to file his *Petition for Discretionary Review*, and would show:

The Fifth Court of Appeals entered judgment in Mr. Michael Dwain Bradshaw's case, styled *Ex Michael Dwain Bradshaw*, on August 23, 2016.

Mr. Bradshaw did not move for rehearing.

Counsel told Mr. Bradshaw that he would file a petition for discretionary review.

The deadline for Mr. Bradshaw to file his *Petition for Discretionary Review* was September 22, 2016.

Counsel lost track of this deadline. Counsel's failure to file is not attributable to Mr. Bradshaw.

Counsel has been fully occupied briefing other free-speech cases.

FILED IN
COURT OF CRIMINAL APPEALS

September 26, 2016

ABEL ACOSTA, CLERK

Mr. Bradshaw seeks an additional sixty days, until November 22, 2016, to file his *Petition for Discretionary Review*.

Mr. Bradshaw has sought no previous extensions.

## Certificate of Service

A copy of this motion will be delivered to Jaclyn O'Connor Lambert, the attorney for the State in the Court of Appeals; and to Lisa McMinn, the State Prosecuting Attorney, by the efiling system.

Thank you,

_____
Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com